IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KELLY DWAYNE LAMBERT, SR.,
ADC #133823                                                                                           PLAINTIFF

v.                                              4:09CV00400JMM/HLJ

STATE OF ARKANSAS, et al.                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

IT IS SO ADJUDGED this 19th day of October, 2009.

_____
UNITED STATES DISTRICT JUDGE